IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                                                  24-CR-6161-FPG

KATHERINE MOTT-FORMICOLA,

Defendant

## STIPULATION FOR SALE OF REAL PROPERTY AND ORDER

This Stipulation for Sale of Real Property is made between and among the United States of America, by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas M. Testani, Assistant United States Attorney, Grace M. Carducci, Assistant United States Attorney, of counsel, Katherine Mott-Formicola, personally and by her attorney, David Rothenberg, Esq., Mark R Kercher, CPA appointed Receiver, personally and by his attorney John G. Horn, Esq., and Robert Harris personally, and by his attorney Matthew R. Lembke, Esq., according to the following terms and conditions:

1. 11 Wexford Glen LLC is the owner of 1372 Edgemere Drive, 1384 Edgemere Drive, 1390 Edgemere Drive, 1352 Edgemere Drive, 1400 Edgemere Drive, 1405 Edgemere Drive, 1406 Edgemere Drive, and 1409 Edgemere Drive, Rochester, New York (hereinafter collectively referred to as "Crescent Beach Property") and further described in the attached Exhibit A. Katherine Mott-Formicola and Robert Harris each have a 50% interest in 11

1

Wexford Glen LLC, and therefore each have 50% owner interest in the Crescent Beach Property.

2.  On December 2, 2024, the defendant, Katherine Mott Formicola pled guilty to Counts 1 and 2 of the Information, filed under docket number 24-CR-6161 (ECF No. 2) charging violations of Title 18, United States Code, Section 1344 (financial institution fraud) and Title 18, United States Code, Section 1956(a)(1)(A)(i) (money laundering). Per the plea agreement entered under docket number 24-CR-6161 (ECF No. 3), Katherine Mott Formicola agreed subject to the criminal forfeiture of the Crescent Beach Property pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(7), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

3.  A preliminary order of forfeiture for the Crescent Beach Property was obtained on December 12, 2024, under docket No. 24-CR-6161 (ECF No. 7).

4.  The parties agree that in order to preserve the value of the Crescent Beach Property until a Final Order of Forfeiture is obtained at sentencing or pursuant to a civil forfeiture agremeent, the sale of the Crescent Beach Property, shall be sold pursuant to the following terms and conditions:

    a. Upon the approval of this Stipulation by the Court, the parties agree that Mark R. Kercher, CPA, appointed Receiver for the Defendant Entities (hereinafter "the Receiver") per the Court's Order entered April 8, 2024, under docket

2

number 24-CV-06153 (ECF No. 39), shall sell the Crescent Beach Property to a bona fide and qualified purchaser for value.

b. Katherine Mott Formicola agrees that she will not re-acquire the Crescent Beach Property directly or indirectly through family members or others acting in concert with them.

c. The Receiver agrees to provide the United States Attorney's Office with full and complete disclosure of any and all pending sales of the Crescent Beach Property, including purchase sale agreements, real estate sales contracts, closing statements, lists of disbursements and expenses, and the name and address of prospective purchasers.

d. The parties agree that no sale and transfer of title of the Crescent Beach Property will be accomplished without the written consent of the United States Attorney's Office.

e. The parties agree that the Receiver will have seventy-five (75) days from the date he signs this Stipulation thereby agreeing to the terms and conditions of this Stipulation to sell the Crescent Beach Property. The United States of America has the sole authority and discretion to extend the time period for the Receiver to sell the Crescent Beach Property and grant an extension of time to sell the real property if, at the end of the period of time, the Receiver has entered into a real estate sales contract with bona fide and qualified third party purchaser for value, or for other reasons the United States of America deems appropriate.

f. The parties agree that upon the sale of the Crescent Beach Property, the Receiver shall pay all regular, reasonable, and customary costs and expenses associated with the sale of the property from the sale proceeds, including but not limited to realtor's commissions, real property taxes, Condominium and Homeowner's Association fees, and any other liens and judgments appearing on the title to the property. The parties also agree that upon the sale of the Crescent Beach Property, the Receiver shall pay Receiver fees from the sale proceeds in the amount of approximately $116,561.50[1] on the condition that there is at least $50,000 in net sale proceeds that will be forfeited as substitute res upon further Order of the Court. In the event that there is not at least $50,000 in net sale proceeds that will be forfeited as substitute res, the amount of Receiver fees to be paid from the sale proceeds will be reduced so there is at least $50,000 in net sale proceeds to be forfeited.

g. Upon completion of the sale of the Crescent Beach Property and the payment of all expenses incurred to effectuate the sale of the Crescent Beach Property and the Receiver fees, the remaining net sale proceeds, which must be at least $50,000, shall be held in escrow by the USMS and will be forfeited as substitute res upon further Order of the Court.

h. Robert Harris will sign a separate consent agreement agreeing to the forfeiture of the remaining net sale proceeds and waiver of notice of any Orders and forfeiture proceeding involving the Crescent Beach Property.

---

[1] Per the Court's Orders on December 30, 2024, January 28, 2025, February 24, 2025, February 26, 2025, and April 10, 2025, under docket number 24-CV-06153 (ECF No. 135, 137, 146, 147, 159, 161, 173 and 174), granting the Receiver fees in the amount of $116,561.50.

5. Katherine Mott-Formicola understands that any damage to the Crescent Beach Property between the date of this Stipulation and the date of the final sale of the Crescent Beach Property may result in civil penalties or criminal prosecution being instituted against her pursuant to Title 18, United States Code, Section 2232(a). Katherine Mott-Formicola acknowledges her obligation to ensure that the Crescent Beach Property is not damaged in any manner.

6. The parties further agree that the net sale proceeds from the sale of the Crescent Beach Property will be forfeited in lieu of the Crescent Beach Property pursuant to the plea agreement filed on December 2, 2024, under Docket No. 24-CR-6161 (ECF No. 3) and the consent agreement signed by Robert Harris.

7. Upon review and approval of this Stipulation, the Court shall enter an Order in accordance with the terms and conditions contained herein.

|  |  |
|---|---|
| DATED: 7/28/2025 | MICHAEL DIGIACOMO<br>United States Attorney<br>Western District of New York<br><br>By: _____<br>NICHOLAS M. TESTANI<br>Assistant United States Attorney<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614<br>(585) 399-3986<br>Nicholas.Testani@usdoj.gov |
| DATED: 7/28/2025 | By: _____<br>GRACE M. CARDUCCI<br>Assistant United States Attorney<br>500 Federal Building<br>100 State Street<br>Rochester, New York 14614<br>(585) 399-3954<br>Grace.Carducci@usdoj.gov |
| DATED: _____ | _____<br>DAVID ROTHENBERG, ESQ.<br>Attorney for the Defendant<br>Katherine Mott-Formicola<br>Rothenberg Law<br>45 Exchange Boulevard, #800<br>Rochester, New York 14614 |
| DATED: _____ | _____<br>KATHERINE MOTT-FORMICOLA<br>The Defendant<br>50% Owner of the Crescent Beach Property |

6

DATED: 7/28/25

By: _____
GRACE M. CARDUCCI
Assistant United States Attorney
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 399-3954
Grace.Carducci@usdoj.gov

DATED: 7/25/25

_____
DAVID ROTHENBERG, ESQ.
Attorney for the Defendant
Katherine Mott-Formicola
Rothenberg Law
45 Exchange Boulevard, #800
Rochester, New York 14614

DATED: 7/25/25

_____
KATHERINE MOTT-FORMICOLA
The Defendant
50% Owner of the Crescent Beach Property

DATED:_____

_____
JOHN G. HORN, ESQ.
Attorney for Mark R. Kercher, CPA
Harter Secrest & Emery LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202
(716) 853-1616

DATED:_____

_____
MARK R. KERCHER, CPA, the Receiver
5090 Old Goodrich Rd
Clarence, NY 14031
(716) 983-6997
Mkercher26@gmail.com

6

DATED:_____        By:    _____
                                  GRACE M. CARDUCCI
                                  Assistant United States Attorney
                                  500 Federal Building
                                  100 State Street
                                  Rochester, New York 14614
                                  (585) 399-3954
                                  Grace.Carducci@usdoj.gov


DATED: _____               _____
                                   DAVID ROTHENBERG, ESQ.
                                   Attorney for the Defendant
                                   Katherine Mott-Formicola
                                   Rothenberg Law
                                   45 Exchange Boulevard, #800
                                   Rochester, New York 14614


DATED:_____                _____
                                   KATHERINE MOTT-FORMICOLA
                                   The Defendant
                                   50% Owner of the Crescent Beach Property

                                   /s/ signature

DATED: 23 July 2025                _____
                                   JOHN G. HORN, ESQ.
                                   Attorney for Mark R. Kercher, CPA
                                   Harter Secrest & Emery LLP
                                   50 Fountain Plaza, Suite 1000
                                   Buffalo, NY 14202
                                   (716) 853-1616

                                   /s/ Mark R. Kercher, CPA
DATED: 7/23/2025                   _____
                                   MARK R. KERCHER, CPA, the Receiver
                                   5090 Old Goodrich Rd
                                   Clarence, NY 14031
                                   (716) 983-6997
                                   Mkercher26@gmail.com


6

DATED:_____

JOHN G. HORN, ESQ.
Attorney for Mark R. Kercher, CPA
Harter Secrest & Emery LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202
(716) 853-1616

DATED:_____

MARK R. KERCHER, CPA, the Receiver
5090 Old Goodrich Rd
Clarence, NY 14031
(716) 983-6997
Mkercher26@gmail.com

DATED: 7/25/2025

MATTHEW R. LEMBKE, ESQ.
Attorney for Robert Harris
Cerulli, Massare & Lembke
45 Exchange Boulevard, Suite 925
Rochester, New York 14614
(585) 454-3323

DATED: 7/25/2025

ROBERT HARRIS
50% Owner of the Crescent Beach Property

IT IS SO ORDERED:

DATED: July 29, 2025
Buffalo, New York

FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

7